IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| LUIS LLAMAS | NO. 21-390 |

**O R D E R**

**AND NOW**, this 30th day of December, 2025, upon consideration of Defendant Luis Llamas' ("Defendant") motion for reduction of sentence (ECF No. 38) and the Government's response thereto (ECF No. 39), and for the reasons set forth in the accompanying Memorandum, it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Kelley B. Hodge
_____
HODGE, KELLEY B., J.