**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **v.** | |
| **LUIS LLAMAS** | **NO. 21-390** |

**O R D E R**

**AND NOW**, this 25th day of September, 2026, upon consideration of third-party petitioner Andre Grant's ("Grant") Motion to Open the Claim of $70,758.00 (ECF No. 50 (the "Ancillary Petition")) and the Government's Motion to Dismiss the Ancillary Claim of Andre Grant or, In the Alternative, For Summary Judgment (ECF No. 52 (the "Government's Motion to Dismiss")), for the reasons stated in the accompanying Memorandum, it is **HEREBY ORDERED** that the Government's Motion to Dismiss is **GRANTED**. The Ancillary Petition is **DISMISSED WITH PREJUDICE**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**